petitioners.  *Harry O. Glasser, Nathan Scarritt* and *E. S. Champlin* for respondents.

Nos. 1303, 1304 and 1305.  COMMISSIONER OF INTERNAL REVENUE *v.* SINGER SEWING MACHINE Co.  June 2, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Acting Solicitor General Washington* for petitioner.  *Albert L. Hopkins, Charles J. Nourse, Peter L. Wentz* and *Samuel H. Horne* for respondent.

No. 1376.  STOKES & SMITH Co. *v.* TRANSPARENT-WRAP MACHINE CORP.  June 2, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Samuel E. Darby, Jr.* and *Virgil E. Woodcock* for petitioner.  *R. Morton Adams* for respondent.

No. 1342.  BALOGH *v.* UNITED STATES.  June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Hayden C. Covington* for petitioner.  *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.